DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIO RODRIGUEZ-CABRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-10-069 GEB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) | |
| JULIO RODRIGUEZ-CABRERA, | ) | Date: May 21, 2010 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Garland E. Burrell, Jr. |

   IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michael D. Anderson, Assistant United States Attorney, and Julio Rodriguez-Cabrera, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for April 16, 2010, be vacated and a new status conference hearing date of May 21, 2010, at 9:00 a.m., be set.

   This continuance is being requested because additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

/ / /

/ / /

1  IT IS FURTHER STIPULATED that the period from April 16, 2010,
2 through and including May 21, 2010, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and
5 preparation of counsel.

6 Dated: April 15, 2010                    Respectfully submitted,

7                                          DANIEL J. BRODERICK
                                           Federal Defender
8
                                           /s/ Matthew C. Bockmon
9                                          _____
10                                         MATTHEW C. BOCKMON
                                           Assistant Federal Defender
                                           Attorney for Defendant
11                                         JULIO RODRIGUEZ-CABRERA

12

13 Dated: April 15, 2010                   BENJAMIN B. WAGNER
                                           United States Attorney
14
                                           /s/ Matthew C. Bockmon for
15                                         _____
                                           MICHAEL D. ANDERSON
16                                         Assistant U.S. Attorney

17

18
                         **SO  ORDERED**
19
20 Dated:  April 16, 2010

21
                         _____
22                       GARLAND E. BURRELL, JR.
                         United States District Judge
23

24

25

26

27

28

Stip & Order                              2