```
 1
 2
 3
 4                    UNITED STATES DISTRICT COURT
 5                  EASTERN DISTRICT OF CALIFORNIA
 6
 7  UNITED STATES OF AMERICA,        )   RELATED CASE ORDER
                                     )
 8              Plaintiff,           )   Case No. CR. S-07-095-EJG
                                     )
 9       v.                          )
                                     )
10  JOSE RODRIGUEZ-CABRERA, aka Julio)
    Rodriguez-Cabrera,               )
11                                   )
                Defendant.           )
12  _____)
                                     )
13  UNITED STATES OF AMERICA,        )   Case No. CR. S-10-069-GEB
                                     )
14              Plaintiff,           )
                                     )
15       v.                          )
                                     )
16  JOSE RODRIGUEZ-CABRERA,          )
                                     )
17              Defendant.           )
    _____)
18
```

        The United States filed a "Notice of Related Cases" document on April 20, 2010, in which it states "[t]he charges in the two cases are based upon the same conduct of the defendant returning to the United States without permission following his 2009 deportation." Further, the United States states "Rodriguez-Cabrera is the sole defendant in both cases" and "[i]t is also likely that he will be represented by the same Assistant Federal Defender in both cases."

        Since the actions are related,Case No. CR. S-07-095-EJG is reassigned to the Honorable Garland E. Burrell, Jr. Henceforth,

1 | the caption on documents filed in the reassigned case shall show
2 | the initials "GEB" instead of "EJG."
3 |      A status conference scheduled in these cases on May 21,
4 | 2010, at 9:00 a.m.
5 |      The Clerk of the Court shall make appropriate adjustment
6 | in the assignment of criminal cases to compensate for this
7 | reassignment.
8 | Dated:  May 6, 2010

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```