DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIO RODRIGUEZ-CABRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JULIO RODRIGUEZ-CABRERA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO. CR-S-10-069 GEB <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** <br><br> Date:  June 25, 2010 <br> Time:  9:00 a.m. <br> Judge: Garland E. Burrell, Jr. |

    IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michael D. Anderson, Assistant United States Attorney, and Julio Rodriguez-Cabrera, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for May 21, 2010, be vacated and a new status conference hearing date of June 25, 2010, at 9:00 a.m., be set.

    This continuance is being requested because additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

/ / /

/ / /

1   IT IS FURTHER STIPULATED that the period from May 21, 2010,
2 through and including June 25, 2010, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and
5 preparation of counsel.

6 Dated: June 15, 2010                Respectfully submitted,

7                                     DANIEL J. BRODERICK
                                      Federal Defender
8
                                      */s/ Matthew C. Bockmon*
9                                     _____
10                                    MATTHEW C. BOCKMON
                                      Assistant Federal Defender
                                      Attorney for Defendant
11                                    JULIO RODRIGUEZ-CABRERA

12

13 Dated: June 15, 2010                BENJAMIN B. WAGNER
                                      United States Attorney
14
                                      */s/ Matthew C. Bockmon for*
15                                    _____
                                      MICHAEL D. ANDERSON
16                                    Assistant U.S. Attorney

17

18                          **O R D E R**
19

20 IT IS SO ORDERED.

21 Dated:  June 17, 2010

22

23                                    _____
                                      GARLAND E. BURRELL, JR.
24                                    United States District Judge

25

26

27

28

Stip & Order                          2