DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIO RODRIGUEZ-CABRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-10-069 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| JULIO RODRIGUEZ-CABRERA, | Date: August 13, 2010 |
| | Time: 9:00 a.m. |
| Defendant. | Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michael D. Anderson, Assistant United States Attorney, and Julio Rodriguez-Cabrera, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for June 25, 2010, be vacated and a new status conference hearing date of August 13, 2010, at 9:00 a.m., be set.

This continuance is being requested because the parties are finalizing the plea agreement and need time to make some additional changes.

/ / /

/ / /

1    IT IS FURTHER STIPULATED that the period from June 25, 2010,
2 through and including August 13, 2010, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.

7 Dated: June 24, 2010

8                                        Respectfully submitted,

9                                        DANIEL J. BRODERICK
                                         Federal Defender
10
                                         /s/ Matthew C. Bockmon
11                                       _____
                                         MATTHEW C. BOCKMON
12                                       Assistant Federal Defender
                                         Attorney for Defendant
13                                       JULIO RODRIGUEZ-CABRERA

15 Dated: June 24, 2010                  BENJAMIN B. WAGNER
                                         United States Attorney
16
                                         /s/ Matthew C. Bockmon for
17                                       _____
                                         MICHAEL D. ANDERSON
18                                       Assistant U.S. Attorney

20                                  **O R D E R**

22 IT IS SO ORDERED.

23 Dated:  June 24, 2010

25                                       _____
                                         GARLAND E. BURRELL, JR.
26                                       United States District Judge

Stip & Order                            2