```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIO RODRIGUEZ-CABRERA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JULIO RODRIGUEZ-CABRERA, <br><br> Defendant. | NO. CR-S-10-069 GEB <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** <br><br> Date: September 17, 2010 <br> Time: 9:00 a.m. <br> Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michael D. Anderson, Assistant United States Attorney, and Julio Rodriguez-Cabrera, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for August 13, 2010, be vacated and a new status conference hearing date of September 17, 2010, at 9:00 a.m., be set.

This continuance is being requested because the parties are finalizing the plea agreement and need time to make some additional changes.

/ / /

/ / /

1    IT IS FURTHER STIPULATED that the period from August 13, 2010,
2 through and including September 17, 2010, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.

7 Dated: August 12, 2010

                    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Matthew C. Bockmon*
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JULIO RODRIGUEZ-CABRERA

15 Dated: August 12, 2010         BENJAMIN B. WAGNER
                                  United States Attorney

*/s/ Matthew C. Bockmon for*
_____
MICHAEL D. ANDERSON
Assistant U.S. Attorney

**O R D E R**

21 IT IS SO ORDERED.

22 Dated:  August 12, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                          2