```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELE BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 ) CR. No. S-10-069 GEB
12          Plaintiff,           )
                                 )
13      v.                       ) STIPULATION AND [PROPOSED]
                                 ) ORDER TO CONTINUE STATUS
14  JULIO RODRIGUEZ-CABRERA,     ) CONFERENCE
        aka Jose Cabrera Rodriguez, )
15                               )
            Defendant.           )
16  _____)
17
18      IT IS HEREBY STIPULATED between the parties, Michele
19  Beckwith, Assistant United States Attorney, and Matthew Bockman,
20  Assistant Federal Defender, attorney for JULIO RODRIGUEZ-CABRERA,
21  that the status conference of September 17, 2010 be vacated, and
22  the matter be set for status conference on October 8, 2010 at
23  9:00 a.m.
24      Additional time is needed for the parties to negotiate a
25  possible resolution of this matter.  The parties agree that a
26  continuance is necessary for this purpose, and agree to exclude
27  time under the Speedy Trial Act accordingly.
28      IT IS STIPULATED that the period from the signing of the
```

1

proposed order, up to and including the October 8, 2010 status conference, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated:  September 9, 2010          Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                                   */s/ Michele Beckwith*
                              By:  Michele Beckwith
                                   Assistant U.S. Attorney

Dated: September 9, 2010           DANIEL BRODERICK
                                   Federal Defender

                                   */s/ Matthew Bockman*
                                   MATTHEW BOCKMAN
                                   Assistant Federal Defender
                                   Attorney for Defendant

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for September 17, 2010, be continued to October 8, 2010, at 9:00 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the October 8, 2010, status conference shall be excluded from computation of time within which the trial of this matter must be commenced

2

under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated:   September 10, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge