1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JULIO RODRIGUEZ-CABRERA

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. CR-S-10-069 GEB
                                    )
12              Plaintiff,          )   **STIPULATION AND [PROPOSED] ORDER**
                                    )   **CONTINUING STATUS CONFERENCE**
13       v.                         )
                                    )
14 JULIO RODRIGUEZ-CABRERA,         )   Date: October 29, 2010
                                    )   Time: 9:00 a.m.
15                                  )   Judge: Garland E. Burrell, Jr.
                Defendant.          )
16                                  )
                                    )
17 _____  )

18      IT IS HEREBY STIPULATED AND AGREED TO between the United States of America

19 through Michele Beckwith, Assistant United States Attorney, and Julio Rodriguez-Cabrera, by and

20 through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference

21 presently scheduled for Friday, October 15, 2010, be vacated and a new status conference hearing date of

22 **Friday, October 29, 2010, at 9:00 a.m.**, be set.

23      This continuance is being requested because the parties are finalizing the plea agreement and need

24 time to make some additional changes.

25 ///

26 ///

27 ///

28

1   IT IS FURTHER STIPULATED that the period from October 15, 2010, through and including
2   October 29, 2010, be excluded in computing the time within which trial must commence under the Speedy
3   Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of
4   counsel.

6   Dated: October 14, 2010

7                                           Respectfully submitted,

8                                           DANIEL J. BRODERICK
                                            Federal Defender

                                            */s/ Matthew C. Bockmon*
                                            _____
                                            MATTHEW C. BOCKMON
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            JULIO RODRIGUEZ-CABRERA

14  Dated: October 14, 2010                 BENJAMIN B. WAGNER
                                            United States Attorney

                                            */s/ Matthew C. Bockmon for*
                                            _____
                                            MICHELE BECKWITH
                                            Assistant U.S. Attorney

19                                  **O R D E R**

20  IT IS SO ORDERED.

21  Dated: October 14, 2010

                                            _____
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge