```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIO RODRIGUEZ-CABRERA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-10-069 GEB |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| v. ) | |
| JULIO RODRIGUEZ-CABRERA, ) | Date:  November 19, 2010 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Garland E. Burrell, Jr. |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michele Beckwith, Assistant United States Attorney, and Julio Rodriguez-Cabrera, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for Friday, October 29, 2010, be vacated and a new status conference hearing date of **Friday, November 19, 2010, at 9:00 a.m.**, be set.

This continuance is being requested because the parties are still finalizing the plea agreement and need time to make some additional changes. In addition, defense counsel will be unavailable as he will be out of the office on sick leave.

   IT IS FURTHER STIPULATED that the period from October 29, 2010, through and including November 19, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: October 28, 2010

                                         Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         /s/ Matthew C. Bockmon
                                         _____
                                         MATTHEW C. BOCKMON
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         JULIO RODRIGUEZ-CABRERA

Dated: October 28, 2010         BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ Matthew C. Bockmon for
                                         _____
                                         MICHELE BECKWITH
                                         Assistant U.S. Attorney

                                             **O R D E R**

IT IS SO ORDERED.

Dated:  October 28, 2010

                                         _____
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge